IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILIA TREJO-HERNANDEZ, PAYTON )
DANIELS, DANIELLE GARCIA, and )
HANNAH MONTONDO )
    Plaintiff, )
       )
v. )   CIVIL ACTION
)   NO. 3:16-CV-184-TCB
       )
RED APPLE ENTERPRISES, INC. )
d/b/a KOBE JAPANESE )
STEAKHOUSE and BAOGUO LIN, )
       )
    Defendants. )

## ORDER APPROVING SETTLEMENT AND DISMISSING THE ACTION WITH PREJUDICE

This action came before the Court on the Parties' Joint Motion for an Order Approving Settlement and Dismissing the Action with Prejudice. (Dkt. # 18).

Therein, the parties properly sought Final Approval of the terms of their Settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a

stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

Having reviewed the Joint Motion, the record, and the details of the settlement, the Court concludes that the terms of the settlement (1) are fair to the named Plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the Plaintiffs' claims be fully and finally resolved.

Furthermore, the settlement (1) was reached in an adversarial context as the result of arms-length negotiations between the parties; (2) arrived at a fair disposition of the claims; and (3) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation. *See generally, Lynn's Food Stores*, 679 F.2d at 1353.

Accordingly, the Motion is GRANTED and the settlement is hereby APPROVED by the court as a final, fair, adequate, and reasonable resolution of this Action.

IT IS FURTHER ORDERED that this matter be DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this 28th day of March, 2017.

_____
Timothy C. Batten, Sr.
**United States District Judge**

FPDOCS 32733332.1